SEND
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 09–2122 PA (OPx) | Date | December 8, 2009 |
|---|---|---|---|
| Title | Shirley Gay v. Wachovia Mortgage Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

  On November 25, 2009, the Court issued an order provisionally remanding this action to the Riverside County Superior Court as a result of procedural defects in the Notice of Removal.  In its November 25, 2009 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects.  Specifically, plaintiff was directed to inform the Court in writing by December 7, 2009, if she objected to the remand.  To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects.  Accordingly, for the reasons stated in the November 25, 2009 order, this action is remanded to Riverside County Superior Court.

  IT IS SO ORDERED.